## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| FAR EAST AMERICAN, INC., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br>　　　v.<br>UNITED STATES,<br>　　　　　　　　Defendant. | Court No. 22-00213 |
| AMERICAN PACIFIC PLYWOOD, INC.,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br>UNITED STATES,<br>　　　　　　　　Defendant. | Court No. 22-00214 |

### ORDER

Upon consideration of defendant's motion to consolidate cases, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that *Far East American, Inc., et al. v. United States*, Court No. 22-00213, and *American Pacific Plywood, Inc. v. United States*, Court No. 22-00214, are consolidated under *Far East American, Inc., et al. v. United States*, Court No. 22-00213; and it is further

ORDERED that the administrative record to be filed in Court No. 22-00213 will serve as the administrative record for the consolidated action, and that the record need not be filed separately in the other cases.

Dated: _____August 9_____, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Mark A. Barnett
　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE